# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| WILLIE GARRETT DANIELS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.:   3:14-CV-546-TAV-CCS |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>ORDER</u>

This Social Security appeal is before the Court on the Report and Recommendation entered by United States Magistrate Judge C. Clifford Shirley, Jr., on June 2, 2016 [Doc. 33]. There have been no timely objections to the Report and Recommendation and enough time has passed since the filing of the Report and Recommendation to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). In the Report and Recommendation, the magistrate judge recommends that Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act [Doc. 29] be granted, and that a judgment be entered awarding plaintiff $5,002.33 for attorney's fees pursuant to the Equal Access to Justice Act.

The Court has carefully reviewed this matter, including the underlying motions, and the Court is in agreement with the magistrate judge's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the Report and Recommendation [Doc. 33], and it is **ORDERED** that the

Plaintiff's Motion for Attorney's Fees Under the Equal Access to Justice Act [Doc. 29] be granted. Plaintiff is **AWARDED** $5,002.33 in attorney's fees pursuant to the Equal Access to Justice Act.

IT IS SO ORDERED.

s/ Thomas A. Varlan
CHIEF UNITED STATES DISTRICT JUDGE